# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

162009

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JAMES DUCKWORTH,
      Plaintiff-Appellee,

and

ZURICH AMERICAN INSURANCE COMPANY,
      Intervening Plaintiff,

v

CHEROKEE INSURANCE COMPANY,
      Defendant-Appellant,

and

PROGRESSIVE MARATHON INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 162009
COA: 347865
Wayne CC: 14-005196-NF;
15-006418-NF

_____/

On order of the Court, the application for leave to appeal the August 6, 2020 judgment of the Court of Appeals is considered and, it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

b0601